UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00377

———

**Michael Morrison et al.,**
*Plaintiffs,*

v.

**Alma Creel et al.,**
*Defendants.*

———

## ORDER

Plaintiffs allege that defendants violated their constitutional rights under 42 U.S.C. § 1983. Doc. 10. The case was referred to a magistrate judge, who issued a report recommending that plaintiffs' claims against the Alto Police Department and the Texas Department of Public Safety be dismissed without prejudice and that all other claims in this action be dismissed with prejudice. Doc. 14 at 9. Plaintiffs did not file written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiffs' claims against defendants Alma A. Creel; Gary, Mike, and Brad Dominy; Alto Investments; Freddie Wallace; the City of Alto, Texas; and Cherokee County, Texas are dismissed with prejudice. Plaintiffs' claims against the Alto Police Department and the Texas Department of Public Safety are dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on January 8, 2026.*

J. CAMPBELL BARKER
United States District Judge